IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 00-cr-00439-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.**    **DWIGHT E. HERRERA;**
2.    LIONEL AMOS;
3.    ERIC AMOS;
4.    CHRISTOPHER HOLYFIELD;
5.    HARVEY CASTEEL;
6.    WALLACE RAYMOND CROOKS;
7.    ROBERT E. DAVIS;
8.    DAMEON MOORE,
      a/k/a Damien Moore;
9.    CHRISTIAN JONES;
10.   MICHAEL TROY SMITH;
11.   DAVID ABNEY, SR.;
12.   TYRONE CARPENTER;
13.   PAMELA DIXON;
14.   LATICIA HOUSTON;
15.   JAMES E. LEE;
16.   DENISE E. KING;
17.   CEDRIC WILLIAMS;
18.   ALTONESE OLIVER;
19.   RACHEL OLIVER;
20.   JERRY MASCARENAS,

      Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of

Judge Marcia S. Krieger to be held on **June 23, 2008 at 4:45 p.m.** in the United States District

Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address: (1) when and how long of a resentencing hearing needs to be set for Defendant Herrera; (2) whether this Defendant needs to be present at the resentencing hearing; and (3) how long it would take to bring this Defendant to appear in person before this Court.

This is a scheduling hearing for which the Defendant does not need to appear. Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 29th day of May, 2008

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge