# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DWIGHT E. HERRERA ) | Case No: 00-cr-00439-MSK-01 |
| a/k/a "Dog" ) | |
| a/k/a "S-Dog" ) | USM No: 29522-013 |
| Date of Previous Judgment: May 12, 2004 ) | Nathan Chambers, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.   X   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   144 months   **is reduced to**   117 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 to life months | Amended Guideline Range: | 292 to 360 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   Defendant received a Rule 35(b) reduction which reflected a 60 percent reduction from the bottom of the advisory guideline range.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   May 12, 2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 23, 2008                    *S/Marcia S. Krieger*
                                                                   Judge's signature

Effective Date: _____                  Marcia S. Krieger, U.S. District Judge
       (if different from order date)                    Printed name and title